IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVELYN YANIRA NOVOA, | ) | 4:10CV3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NELNET, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis (filing no. 2) is provisionally granted, and the Complaint shall be filed without payment of fees.

    DATED this 24th day of March, 2010.

                                                            BY THE COURT:

                                                            s/ Joseph F. Bataillon
                                                            Chief United States District Judge